**Kenneth L. SANFORD, Plaintiff–Appellant,**

v.

**CITY OF FRANKLIN VA, Defendant–Appellee.**

No. 16–1204

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 29, 2016

Kenneth L. Sanford, Appellant Pro Se. Cathleen Kailani Memmer, Johneal M. White, GLENN, ROBINSON & CATHEY PLC, Roanoke, Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth L. Sanford appeals the district court's order denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Sanford v. City of Franklin, VA, No. 2:15–cv–00521–RAJ–RJK (E.D. Va. Feb. 12, 2016). We deny Sanford's motion for stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED